⚐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                            District of         DELAWARE

KIRK A. POPE

**SUMMONS IN A CIVIL CASE**

V.

ERIC D. SWANSON, individually and
in his official capacity as Sussex County      CASE NUMBER:
Sheriff, and SUSSEX COUNTY,
a municipal corporation

TO: (Name and address of Defendant)

```
SUSSEX COUNTY
c/o Dales R. Dukes, Sussex County Council President
2 The Circle
Georgetown, DE 19947
```

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventy Street, Suit 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax:   302-655-9329
```

an answer to the complaint which is served on you with this summons, within __**TWENTY**__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                                10/18/07

CLERK                                                              DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>2/6/2008 @ 10:43 am |
| NAME OF SERVER *(PRINT)*<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED SUSSEX COUNTY, C/O BARRY M. WILLOUGHBY, ESQUIRE, THE BRANDYWINE BUILDING, 1000 WEST ST., 17th FLOOR, WILM., DE. 19801, ATTORNEY FOR DEFENDANTS. SERVED BARRY M. WILLOUGHBY, ESQUIRE, PERSONALLY (White male, balding hair, 55 year, 5'10", 180 lbs)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/6/2008            _____
              Date                  Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.