AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____DELAWARE_____

KIRK A. POPE

V.

ERIC D. SWANSON, individually and
in his official capacity as Sussex County
Sheriff, and SUSSEX COUNTY,
a municipal corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

```
ERIC D. SWANSON
Sussex County Sheriff's Office
2 The Circle
Georgetown, DE 19947
```

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventy Street, Suit 302
Wilmington, Delaware 19801

Phone: 302-655-0582
Fax:   302-655-9329
```

an answer to the complaint which is served on you with this summons, within ___**TWENTY**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    10/18/07

CLERK                                              DATE

_(signature)_

(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>2/6/2008 @ 10:43 a.m. |
| NAME OF SERVER *(PRINT)*<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ERIC D. SWANSON, c/o BARRY M. WILLOUGHBY, ESQUIRE, THE BRANDYWINE BUILDING, 1000 WEST ST., 17th FLOOR, WILM., DE. 19801, ATTORNEY FOR DEFENDANTS. SERVED BARRY M. WILLOUGHBY, ESQUIRE, PERSONALLY (White Male, balding hair, 55 yrs. 5'10", 180 lbs)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/6/08
              Date

*Signature of Server*
D. M. PROFESSIONAL SERVICES
5 Orchard Ln
Wilmington, DE  19809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.